IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CHAD C. COVERT**,

    **Plaintiff**,

v.                                                 Case No. 4:15cv31-MW/CAS

**CORIZON HEALTH, INC.,**
et al.,

    **Defendants.**
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 63. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The motion for summary judgment, ECF No. 54, is **GRANTED** and judgment is entered in Defendants' favor on all claims." The Clerk shall close the file.

**SO ORDERED on July 11, 2016.**

                                                       s/Mark E. Walker
                                                       **United States District Judge**